**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANE MICHAEL OENNING,**<br><br>   Petitioner,<br><br>   v.<br><br>**KAMALA HARRIS (CALIFORNIA ATTORNEY GENERAL), GREG MUNKS (SAN MATEO COUNTY SHERIFF),**<br><br>   Respondents. | Case No.: 14-CV-0263 YGR<br><br>**ORDER:**<br>**(1) REQUIRING RESPONDENTS TO ANSWER PETITION FOR WRIT OF HABEAS CORPUS;**<br>**(2) REQUIRING PARTIES TO FILE CONSENT/DECLINATION TO JURISDICTION OF MAGISTRATE JUDGE;**<br>**(3) REQUIRING PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE AFTER MEETING AND CONFERRING; AND**<br>**(4) SETTING COMPLIANCE HEARING** |

Shane Michael Oenning petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2254.  (Dkt. No. 1.)  Petitioner seeks relief on the basis that his misdemeanor conviction for a violation of California Vehicle Code section 23152(b) allegedly was supported by evidence obtained through a warrantless blood draw.[1]  Petitioner represents that the San Mateo County Superior Court imposed a 30-day jail sentence, but that the sentence was stayed pending state court appeals.  Petitioner further represents that his state court appeals are exhausted and that he expects the Superior Court, on January 30, 2014, to order his surrender to serve his sentence.

Pursuant to Rule 4 of the Rules Governing § 2254 Cases, the Court **ORDERS** Respondents Kamala Harris and Greg Munks to answer the Petition.

---

[1] Section 23152(b) provides, in pertinent part: "It is unlawful for a person who has 0.08 percent or more, by weight, of alcohol in his or her blood to drive a vehicle."

No more than **10 days** after the signature date of this Order, all parties shall file either a Consent or Declination to the referral of this matter to a magistrate judge for all purposes, including final disposition of the matter. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73; N.D. Cal. Habeas L.R. 2254-4(b); N.D. Cal. General Order 42, ¶ 2(a).

No more than **21 days** after the signature date of this Order, the parties shall file a Joint Proposed Briefing Schedule for the filing of the Answer and any Traverse. The parties shall meet and confer prior to submitting their Joint Proposed Briefing Schedule, and so certify in their filing. If the parties fail to arrive upon a Joint Proposed Briefing Schedule, then the dates set forth in this Court's Habeas Local Rule 2254-6 shall govern.

The Court **SETS** a compliance hearing in this matter on the Court's 9:01 a.m. Calendar on **Friday, February 21, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California. No more than 5 business days before the compliance hearing, the parties shall have filed either (1) their Consents or Declinations regarding magistrate jurisdiction, as well as the Joint Proposed Briefing Schedule, as required by this Order, or (2) a Statement of Noncompliance explaining their failure to make the required filings. If compliance is complete, the Court will vacate the compliance hearing and no appearance will be required. Failure to comply may result in sanctions.

**IT IS SO ORDERED**.

Date: January 24, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**