United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANE MICHAEL OENNING,**<br><br>   Petitioner,<br><br>   v.<br><br>**KAMALA HARRIS (California Attorney General), GREG MUNKS (San Mateo County Sheriff),**<br><br>   Respondents. | **Case No.: 14-CV-0263 YGR**<br><br>**ORDER GRANTING MOTION OF RESPONDENTS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS, DISMISSING PETITION WITHOUT PREJUDICE, AND DENYING REQUEST FOR STAY** |

Now before the Court is the motion of Respondent Kamala Harris, the Attorney General of California, to dismiss Shane Michael Oenning's petition for a writ of habeas corpus. (Dkt. No. 6.)[1] Respondent's motion is **GRANTED**. Because Petitioner did not seek habeas relief before the California Supreme Court, he has not exhausted his state court remedies. *Larche v. Simons*, 53 F.3d 1068, 1071-72 (9th Cir. 1995). Accordingly, the petition at bar is **DISMISSED WITHOUT PREJUDICE**.

Petitioner requests that this Court stay the instant case while he seeks habeas relief. (Dkt. No. 10 at 8.) The Court **DENIES** the request. *Jiminez v. Rice*, 276 F.3d 478, 481 (9th Cir. 2001)

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for April 15, 2014.

(where petition "contained no exhausted claims" and respondent moved for dismissal, district court was "obliged to dismiss immediately" (internal quotation marks omitted)).

A certificate of appealability will not issue. Reasonable jurists would not "find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

The Clerk shall enter judgment in favor of Respondents and close the file.

**IT IS SO ORDERED**.

Date: April 10 , 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**