UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANE MICHAEL OENNING,** | **Case No.: 14-CV-0263 YGR** |
| Petitioner, | **JUDGMENT** |
| v. | |
| **KAMALA HARRIS (California Attorney General), GREG MUNKS (San Mateo County Sheriff),** | |
| Respondents. | |

The issues in this action having been duly considered and the Court having granted the motion to dismiss of respondent Kamala Harris, it is **ORDERED, ADJUDGED AND DECREED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: April 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**